| | |
|---|---|
| 1 | ADAM BREZINE (CA State Bar No. 220852) |
| 2 | *adam.brezine@hro.com*<br>HOLME ROBERTS & OWEN LLP |
| 3 | 800 West Olympic Blvd., 4th Floor |
| 4 | Los Angeles, CA 90015<br>213-572-4300 |
| 5 | 213-572-4400 (fax) |
| 6 | |
| 7 | Attorneys for Plaintiff<br>Twentieth Century Fox Film Corporation |

FILED
10 AUG 12 AM 11:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Twentieth Century Fox Film Corporation**, a Delaware corporation,

Plaintiff,

v.

**PMS International Group, plc**, a foreign corporation,

Defendant.

CASE NO. CV10 6019 DDP (MANx)

COMPLAINT

(1) Breach of Written Contract;
(2) Breach of Implied Covenant of Good Faith and Fair Dealing;
(3) Unjust Enrichment; and
(4) Accounting

**JURY TRIAL DEMANDED**

---

Complaint
Twentieth Century Fox Film Corp. v. PMS International Group, plc
Case No. _____

Plaintiff Twentieth Century Fox Film Corporation ("Fox"), for its complaint against Defendant PMS International Group, plc ("PMS International"), states as follows:

## Introduction

1. Fox and PMS International are parties to several written Merchandising License Agreements (collectively, the "Agreements"), under which Fox granted PMS International the right to sell a variety of merchandise making use of Fox trademarks, artwork, and other proprietary subject matter – such as "Family Guy" plush dolls, "Simpsons" key chains, and "Ice Age" novelty gifts (collectively, the "Licensed Articles"). PMS International was given the right to sell the Licensed Articles in the United Kingdom and Ireland, in certain limited distribution channels. In exchange for its rights to sell the Licensed Articles, PMS International was required to pay Fox a royalty on all sales, to be calculated as set forth in the Agreements.

2. An audit of PMS International's performance under certain of the Agreements revealed that PMS International systematically underpaid Fox royalties by, among other things, (a) failing to properly account for and pay royalties on all sales of Licensed Articles; (b) improperly calculating royalties based on a steeply-discounted price for Licensed Articles in violation of the 5% cap on such discounts set forth in the Agreements; (c) making sales outside the permitted geographic region, and (d) making sales outside the permitted distribution channels. In addition, PMS International made certain royalty payments late and owes Fox interest and the costs of the audit.

3. Despite notice of these breaches and the opportunity to make good on its obligations, PMS International has failed to pay the full amounts due. PMS International then compounded its breaches by preemptively filing suit in the United Kingdom in violation of the clear language of the mandatory forum selection clause in the Agreements. Fox brings this action to recover what it is owed under the

Agreements, as well as PMS International's profits from improper sales, the costs of the audit, attorneys' fees, and interest, all as provided by the parties' written contracts.

## Parties, Jurisdiction and Venue

4. Fox is a Delaware corporation with its principal place of business in Los Angeles, California.

5. On information and belief, defendant PMS International is a corporation organized under the laws of the United Kingdom, with its principal place of business in the United Kingdom.

6. Jurisdiction is proper in this Court under the diversity statute, 28 U.S.C. §1332(a)(2), because it is an action between a citizen of Delaware and California (Fox), and a citizen or subject of a foreign state (PMS International), and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Venue is proper in this District under 28 U.S.C. §1391(b) because Defendant PMS International is a corporation subject to personal jurisdiction here, and a substantial part of the acts or omissions giving rise to the claim occurred here.

8. Jurisdiction and venue are further appropriate here because the parties' written contracts specify that any action under the Agreements may be brought by Fox in this Court, that any action by PMS International must be brought in this Court, and that PMS International irrevocably submitted itself to the jurisdiction of this Court and has consented to service upon the California Secretary of State.

## Factual Allegations

9. Fox and PMS International are parties to eight separate written agreements (the Agreements), each of which give PMS International the right to sell particular Licensed Articles for a specified term, in the specified distribution channels, in the United Kingdom and Ireland (the "Licensed Territory").

10. The Licensed Articles include, for example, "non-retail plush and novelty gifts," "plush key chains and clip-ons," "beanbag toys," "character pillows," and

2
Complaint
Twentieth Century Fox Film Corp. v. PMS International Group, plc
Case No. _____

"bookmarks," all using or exploiting Fox-owned trademarks and/or other proprietary subject matter – such as likenesses and images of characters from the television series "Family Guy," or "The Simpsons," or the movie "Ice Age 2: The Meltdown."

11. The permitted distribution channels were "Specialty/Amusement Park/Cinemas," as defined in the Agreements (the "Distribution Channels").

12. In exchange for its rights to sell the Licensed Articles, PMS International was required to submit quarterly royalty reports, and to pay Fox a quarterly royalty on all of its sales of the Licensed Articles.

13. The Agreements provide for the royalty payment to Fox to be a fixed percentage of "Net Sales." Net Sales is defined in the Agreements as "Licensee's gross sales less only the sum of actual cash discounts, quantity discounts and freight discounts and actual returns for damaged or defective Licensed Articles, *the aggregate of such discounts and returns not to exceed 5% of gross sales* during any accounting period." (emphasis added).

14. In late 2008 and early 2009, Fox invoked its contractual right to audit PMS International's performance under certain of the Agreements, and engaged an independent auditor to examine PMS Internationals' sales, reports, and payments under those Agreements.

15. The audit uncovered evidence that PMS International routinely and systematically sold Licensed Articles at a discount in excess of the 5% cap imposed by the Agreements for any accounting period, but only paid Fox a royalty on the steeply-discounted amounts.

16. The audit also uncovered evidence that PMS International routinely sold Licensed Articles outside the Licensed Territory and Distribution Channels.

17. The audit also uncovered evidence that PMS International failed to account for certain sales, and made certain royalty payments late.

3
Complaint
Twentieth Century Fox Film Corp. v. PMS International Group, plc
Case No. _____

18. In addition to and as a consequence of these breaches, PMS International also owes Fox interest and the costs of the audit.

19. Fox presented PMS International with the results of the audit, but PMS International failed and refused to pay the full amounts due. Indeed, PMS International's purported justifications for these practices revealed that it not only breached the parties' Agreements, but conducted itself in a manner designed to frustrate the purpose of the Agreements and to deprive Fox of its expected benefits.

20. Fox thereafter properly gave PMS International notice of default of its obligations under the audited Agreements, and its intent to terminate the unaudited Agreements if PMS International did not cure its breaches within 10 days. PMS International did not cure, and indicated its refusal to do so.

21. PMS International followed this refusal to honor the terms of the Agreements by preemptively filing a claim against Fox in the United Kingdom, in violation of the mandatory forum-selection clause in the Agreements.

## Count One
### Breach of Written Contract

22. Fox incorporates by reference the preceding paragraphs of this Complaint as if fully restated here.

23. The Agreements between Fox and PMS International are valid written contracts. By their terms, the Agreements are governed by California law.

24. Fox has fulfilled all of its obligations under the Agreements.

25. PMS International has breached the Agreements by, among other things, (a) failing to properly account for and pay royalties on all sales of Licensed Articles; (b) paying royalties based on a steeply-discounted price for Licensed Articles in violation of the 5% cap on such discounts set forth in the Agreements; (c) making sales outside the Licensed Territory, (d) making sales outside the permitted

Distribution Channels; (e) making royalty payments late; (f) failing to pay interest; and (g) failing to pay the costs of the audit.

26. As a consequence of PMS International's breaches of the Agreements, Fox has been damaged in an amount in excess of $75,000.00 and to be proven at trial.

## Count Two

### Breach of Covenant of Good Faith and Fair Dealing

27. Fox incorporates by reference the preceding paragraphs of this Complaint as if fully restated here.

28. The Agreements between Fox and PMS International are valid written contracts. By their terms, the Agreements are governed by California law.

29. California law implies a duty of good faith and fair dealing on PMS International as a party to the Agreements.

30. PMS International has breached the covenant of good faith and fair dealing implied in the Agreements, by, among other things, (a) failing to properly account for and pay royalties on all sales of Licensed Articles; (b) paying royalties based on a steeply-discounted price for Licensed Articles in violation of the 5% cap on such discounts set forth in the Agreements; (c) making sales outside the permitted Licensed Territory, (d) making sales outside the permitted Distribution Channels; (e) making royalty payments late; (f) failing to pay interest; and (g) failing to pay the costs of the audit.

31. As a direct consequence of PMS International's breaches, Fox has been damaged in an amount in excess of $75,000.00 and to be proven at trial.

## Count Three

## Unjust Enrichment

32. Fox incorporates by reference the preceding paragraphs of this Complaint as if fully restated here.

33. By paying Fox royalties based on improperly discounted amounts, making sales outside the Licensed Territories, and making sales outside the Distribution Channels, PMS International has received a benefit at the expense of Fox.

34. Under the circumstances, it is unjust for PMS International to retain the benefit received.

## Count Four

## Accounting

35. Fox incorporates by reference the preceding paragraphs of this Complaint as if fully restated here.

36. As set forth above, PMS International is in breach of its obligations under the Agreements and has unjustly enriched itself at the expense of Fox.

37. Under the terms of the Agreements, PMS International is required to keep accurate and complete books and records as they relate to the Agreements for the greater of 6 years or 2 years from the termination or expiration of the term of each Agreement. Fox has the right to examine said books and records on reasonable notice.

38. In light of PMS International's breaches of the Agreements and unjust enrichment, Fox is entitled to a full and accurate accounting of all sales of Licensed Articles and all royalties due to Fox under the Agreements.

## Prayer for Relief

Fox demands a trial by jury, and asks that judgment be entered in its favor including the following relief:

- Damages according to proof;
- Restitution in the amount of all profits unlawfully obtained by PMS International;
- Pre-judgment interest as provided by the Agreements;
- Injunctive relief in the form of an accounting and an order requiring PMS International to refrain from further sales outside the Licensed Territory and Distribution Channels;
- Costs of the audit;
- Costs of suit;
- Attorneys' fees and expenses, including expert witness costs and fees, as provided in the Agreements; and
- Such other and further relief as this Court deems proper.

Dated: August 12, 2010            HOLME ROBERTS & OWEN LLP

By: *Adam Brezine* (signature)
Adam Brezine

Attorneys for Plaintiff
Twentieth Century Fox Film Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

**CV10- 6019 DDP (MANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Adam Brezine (CA State Bar No. 220852)
adam.brezine@hro.com
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Fascimile: (213)572-4400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation, a Delaware corporation,<br><br>PLAINTIFF(S)<br><br>V.<br><br>PMS International Group, plc, a foreign corporation,<br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10 6019** DDP (MANx)<br><br>**SUMMONS** |

TO:DEFENDANT(S): _____

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ ___ame___ nded complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Holme Roberts & Owen LLP</u>, whose address is <u>800 West Olympic Blvd., 4th Floor Los Angeles, CA 90015</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: AUG 1 2 2010          By: _____
                                  Deputy Clerk

                                  (Seal of the Court)   [SEAL]

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                          SUMMONS                    American LegalNet, Inc.
                                                                   www.USCourtForms.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Twentieth Century Fox Film Corporation

**DEFENDANTS**
PMS International Group, PLC, a foreign corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Adam Brezine
Holme Roberts & Owen LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
213.572.4300

**Attorneys (If Known)**
Sarah Lawrence
Company Secretary & Solicitor
PMS International Group, PLC
International House, Cricketers Way
Basildon. Essex, SS13 1st, ENGLAND
+44 (0) 1268505000

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 75,000.00 Excess of

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Written Contract; Breach of Implied Covenant of Good Faith and Fair Dealing; Unjust Enrichment and Accounting

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities – Other | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10 6019

**FOR OFFICE USE ONLY:** Case Number:
**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                 CIVIL COVER SHEET                           American LegalNet, Inc. www.FormsWorkflow.com     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Foreign Country |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ Adam Bryn_    Date  August 12, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |